# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGA & MEDLIN INSURANCE AGENCY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>QBE INSURANCE CORPORATION and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:12cv773 AWI DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 15) |

　　On June 27, 2012, the Magistrate Judge issued Findings and Recommendations that Defendant QBE Insurance Corporation's motion to stay and to compel arbitration be GRANTED.  The Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  No objections were filed.

　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 27, 2012, are ADOPTED IN FULL;

2. Defendant's motion to compel arbitration is GRANTED;

3. Plaintiff shall begin the arbitration process within thirty (30) days of service of this order;

4. This case is STAYED during the pendency of the arbitration;

5. The parties shall file joint status reports with the Court every three (3) months beginning from the date of service of this order; and

6. Within fourteen (14) day of completion of the arbitration, the parties are to inform the Court of completion, move to lift the stay, and file the appropriate documents for either the completion/closure or continuation of this case.

IT IS SO ORDERED.

Dated: __August 7, 2012__   _____
                             CHIEF UNITED STATES DISTRICT JUDGE