# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGA MEDLIN INSURANCE AGENCY,<br><br>             Plaintiff,<br><br>    v.<br><br>QBE INSURANCE COMPANY,<br><br>             Defendant. | Case No.  1:12-cv-00773-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT WITHIN FIFTEEN DAYS |

   This action was filed on May 10, 2012, and on August 8, 2012, an order issued staying this action.  (ECF Nos. 1, 17.)  The parties were ordered to file a status report every three months.  (ECF No. 18.)  On November 7, 2012, a status report was filed.  (ECF No. 19.)  More than three months have passed and no further status reports have been filed in this action.  Accordingly,

   Within Fifteen (15) days of the date of service of this order, the parties are HEREBY ORDERED to file a joint status report.

IT IS SO ORDERED.

   Dated:   **February 19, 2013**                                                     
                                                         UNITED STATES MAGISTRATE JUDGE

1