# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGA MEDLIN INSURANCE AGENCY,<br><br>                    Plaintiff**,<br><br>         v.<br><br>QBE INSURANCE COMPANY,<br><br>                    Defendant**. | Case No.  1:12-cv-00773-AWI-SAB<br><br>ORDER TO SHOW CAUSE WITHIN FOURTEEN DAYS WHY SANCTIONS SHOULD NOT ISSUE FOR THE PARTIES' FAILURE TO FILE JOINT STATUS REPORT |

       This action was filed on May 10, 2012, and on August 8, 2012, an order issued staying this action. (ECF Nos. 1, 17.) In the order staying the action, District Judge Anthony W. Ishii ordered the parties to file a status report every three months. (ECF No. 18.) On November 7, 2012, a status report was filed. (ECF No. 19.) The parties failed to file a joint status report within three months as required by the court order, and on February 19, 2013 an order issued requiring the parties to file a joint status report. (ECF No. 21.) On February 21, 2013, a joint status report was filed. (ECF No. 22.) Once again more than three months have passed and the parties have failed to file a joint status report.

       It is the responsibility of the parties to calendar dates and keep the Court informed of the status of this litigation as ordered by the district court. Accordingly, within fourteen days from the date of service of this order, the parties are ordered to show cause why sanctions should not

1

issue for the failure to comply with the August 8, 2012 order to file a status report every three months.

IT IS SO ORDERED.

Dated: **June 3, 2013**

UNITED STATES MAGISTRATE JUDGE

2