# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGA MEDLIN INSURANCE AGENCY,<br><br>　　　　　　Plaintiff**,<br><br>　　v.<br><br>QBE INSURANCE COMPANY,<br><br>　　　　　　Defendant**. | Case No.  1:12-cv-00773-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 23) |

　　　　This action was filed on May 10, 2012, and on August 8, 2012, an order issued staying this action. (ECF Nos. 1, 17.)  In the order staying the action, District Judge Anthony W. Ishii ordered the parties to file a status report every three months.  (ECF No. 18.)  On November 7, 2012, a status report was filed. (ECF No. 19.)   After the parties failed to file status reports on two occasions without direction from the court, on June 3, 2013, an order issued requiring the parties to show cause why sanctions should not issue for the failure to comply with Judge Ishii's order.  On June 5, 2013, the parties filed a joint response to the order to show cause stating that the failure to comply with the order was inadvertent and advising that it will not occur again.

///

///

///

1

1    Accordingly, the order to show cause issued June 3, 2013 is HEREBY DISCHARGED.

2

3    IT IS SO ORDERED.

4    Dated:   **June 6, 2013**

5                                                                 UNITED STATES MAGISTRATE JUDGE