RICHARD C. CROSSMAN #047630
MICHAEL L. RENBERG, #136217
PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 East Shaw Avenue, Suite 123
Fresno, California 93710
Telephone: (559)431-6300
Fax: (559)432-1018

Attorneys for Plaintiff
MORGA & MEDLIN INSURANCE AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGA & MEDLIN INSURANCE AGENCY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>QBE INSURANCE CORPORATION and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.:  1:12-CV-00773-AWI-DLB<br><br>STIPULATION AND ORDER DISMISSING COMPLAINT |

    Pursuant to Local Rule 143 of the United States District Court, Eastern District of California and Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the complaint filed by Plaintiff MORGA & MEDLIN INSURANCE AGENCY against Defendant QBE INSURANCE CORPORATION be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

-1-

Dated: November 1, 2013                    PARICHAN, RENBERG & CROSSMAN

                                                            s/*Michael L. Renberg*
                                                             Michael L. Renberg
                                                             Attorneys for Plaintiff

Dated: November 1, 2013                    GODFREY & KAHN. S.C.

                                                             s/*Dustin B. Brown*
                                                             Kendall Harrison
                                                             Dustin B. Brown
                                                             Attorneys for Defendant

### ORDER

Based upon the above Stipulation between the parties, IT IS ORDERED that the complaint filed by Plaintiff MORGA & MEDLIN INSURANCE AGENCY be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   November 1, 2013                    _____
                                                            SENIOR  DISTRICT  JUDGE

PARICHAN, RENBERG & CROSSMAN LAW CORPORATION
1540 EAST SHAW, SUITE 123
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 431-6300